<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6389**

_____

AHOTO TAYSIR MULAZIM,

                                        Petitioner - Appellant,

        versus

GENE M. JOHNSON, Director of the Virginia
Department of Corrections,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-02-716-2)

_____

Submitted:  June 12, 2003          Decided:  June 17, 2003

_____

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ahoto Taysir Mulazim, Appellant Pro Se.  Robert H. Anderson, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahoto Taysir Mulazim seeks to appeal the district court's order accepting the magistrate judge's recommendation to deny relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a § 2254 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 123 S. Ct. 1029, 1040 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Mulazim has not made the requisite showing. Accordingly, we deny a certificate of appealability, dismiss the appeal, and deny Mulazim's motion for copies of transcripts and other documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2